**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8062**

———————

MILTON H. WHITAKER,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; FREDERICK H.
CREEKMORE; SHEPELLE WATKINS-WHITE; FIRST
JUDICIAL CIRCUIT COURT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-01-1575-AM)

———————

Submitted:  April 18, 2002          Decided:  April 25, 2002

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Milton H. Whitaker, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Milton H. Whitaker appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Whitaker v. Virginia, No. CA-01-1575-AM (E.D. Va. Nov. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED